**United States District Court**
For the Northern District of California

1

2                                                          *E-FILED:  January 2, 2013*

3

4

5

6

7                                              NOT FOR CITATION

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                           SAN JOSE DIVISION

11   AMERICAN SEMICONDUCTOR, INC., an          No. C12-06138 HRL
     Idaho corporation,

12                              Plaintiff,     **ORDER THAT CASE BE REASSIGNED
                                               TO A DISTRICT JUDGE**
13       v.

14   CALIFORNIA ASSIGNMENTS LLC, a
     California limited liability company;
15   DEVELOPMENT SPECIALISTS, INC., an
     Illinois corporation; and DOES 1 through 10,
16   inclusive,

17                              Defendants.
                                                          /
18

19          Plaintiff has moved for a preliminary injunction.  Because plaintiff requests immediate

20   injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned

21   lacks jurisdiction to hear plaintiff's application.  Accordingly, IT IS ORDERED THAT the

22   Clerk of the Court shall promptly reassign this case to a district judge.  <u>See</u> 28 U.S.C. § 636.

23   Dated: January 2, 2013

24

25   _____
     HOWARD R. LLOYD
26   UNITED STATES MAGISTRATE JUDGE

27

28

United States District Court

For the Northern District of California

1  5:12-cv-06138-HRL Notice has been electronically mailed to:

2  John N. Zarian    jzarian@parsonsbehle.com, cpontak@parsonsbehle.com,
docket@parsonsbehle.com, ECF@parsonsbehle.com, jsweet@parsonsbehle.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28