UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA ASSIGNMENTS LLC, a California limited liability company; DEVELOPMENT SPECIALISTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 12-CV-06138-LHK<br><br>ORDER RE: SCHEDULING REQUESTS |

The parties have requested to advance their scheduled hearing on Plaintiff's motion for a preliminary injunction from the currently scheduled date of April 18, 2013 to either February 28, 2013 or March 7, 2013. Though the Court understands that this motion carries a certain degree of urgency, unfortunately, the Court's law and motion calendar simply cannot accommodate a motion hearing at any date sooner than the scheduled date of April 18, 2013. Accordingly, the parties' request to reschedule the preliminary injunction hearing is DENIED. The parties have also requested to extend the time for Defendants to answer the Complaint until January 24, 2013. This motion is GRANTED. The parties are advised that should they be unable to resolve their discovery dispute, they should file any motions with Magistrate Judge Howard Lloyd.

**IT IS SO ORDERED.**

Case No.: 12-CV-06138-LHK
ORDER RE: SCHEDULING REQUESTS

Dated: January 15, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-06138-LHK
ORDER RE: SCHEDULING REQUESTS