John N. Zarian (SBN 145080)
PARSONS BEHLE & LATIMER
960 Broadway Ave., Ste. 250
Boise, Idaho 83706
Telephone: (208) 562-4900
Facsimile: (208) 562-4901
E-Mail: JZarian@ParsonsBehle.com

Attorneys for Plaintiff
American Semiconductor, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>CALIFORNIA ASSIGNMENTS LLC, a California limited liability company; DEVELOPMENT SPECIALISTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants, | Case No. 5:12-CV-6138-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>Hon. Lucy Koh |

Pursuant to Civil Local Rule 6-2, American Semiconductor, Inc. ("Plaintiff") and California Assignments LLC and Development Specialists, Inc. (together, "Defendants"), by and through counsel, hereby stipulate and jointly move the Court for an extension of time for Plaintiff to file its response to Defendants' Motion to Dismiss (Dkt. #22) from February 7, 2013 to February 21, 2013.

(1) This request for an extension is being sought in order to enable Plaintiff additional time to investigate factual matters and to provide time to adequately address all issues raised in Defendants' motion to dismiss. The request is not being made for purposes of delay.

(2) The parties previously stipulated to and requested that (1) the motion for preliminary injunction be heard at an earlier date than the originally scheduled April 18, 2013, and (2) Defendants be given until January 24, 2013 to respond to the Complaint. Dkt. No. 19. The motion to shorten time was denied due to the Court's busy schedule, but Defendants request to extend the time to respond to the Complaint was granted. Dkt. No. 20.

(3) Defendants moved to dismiss the instant case on January 24, 2013. Dkt. No. 22. Defendants scheduled the motion hearing for the earliest available date, May 30, 2013. Because the hearing is more than two months away, the proposed extension of time should have no effect on the schedule of this case.

Counsel for Plaintiff has conferred with counsel for Defendant and Defendants do not oppose this motion.

DATED: February 7, 2013

| **PARSONS BEHLE & LATIMER** | **PEARSON, SIMON WARSHAW & PENNY, LLP** |
|---|---|
| */s/ John N. Zarian* | */s/ William Newsom* |
| *By:* John N. Zarian | *By:* William Newsom |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Case5:12-cv-06138-LHK   Document24   Filed02/08/13   Page3 of 3

ATTESTATION

By his electronic signature above, counsel for the Plaintiff attests that he is the ECF user whose identification and password are being used to file the instant document, and that pursuant to Civil Local Rule 5-1(i)(3), all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: February  8  , 2013

*Lucy H. Koh*

Hon. Lucy Koh

United States District Judge

3
STIPULATION [PROPOSED] ORDER EXTENDING TIME FOR
PLAINTIFF TO RESPOND TO MOTION TO DISMISS
CASE NO.: 12-CV-6138-HRL

4821-2651-6498.1