United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA ASSIGNMENTS LLC, a California limited liability company; DEVELOPMENT SPECIALISTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 12-CV-06138-LHK<br><br>ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUESTING CLARIFICATION |

　　　　On March 22, 2013, the parties filed a stipulation jointly moving the Court for an extension of time for Plaintiff to file its reply to Defendants' Opposition for Partial Summary Judgment, from March 22, 2013 to March 29, 2013. ECF No. 38.

　　　　The Court notes that this is the fourth stipulation to extend time that the parties have filed on the day of the scheduled deadline. *See* ECF No. 23; ECF No. 28; ECF No. 32; ECF No. 38. Although the Court hereby extends time for Plaintiff to reply to Defendant's Opposition to Motion for Summary Judgment, further requests for extension of time for the pending motions will be disfavored. Any future requests in this case shall be filed at least 3 business days prior to the

deadline that the parties wish to reschedule, and shall comply with Northern District of California Civil Local Rule 6.

The Court further notes that Plaintiff's Motion for Preliminary Injunction was filed on December 31, 2012, and is scheduled for hearing on April 18, 2013.  ECF No. 5.  Pursuant to Civil Local Rule 7-3, any opposition or Statement of Nonopposition was due on January 14, 2013.  N.D. Cal. Civil L. Rule 7-3.  The Court requests that Defendants state their position on the Preliminary Injunction by March 28, 2013.  This is not an invitation for Defendants to file an untimely opposition.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 26, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-06138-LHK
ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUESTING CLARIFICATION