R. Scott Erlewine, State Bar No. 095106
Cari A. Cohorn, State Bar No 249056
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA  94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: rse@phillaw.com
cac@phillaw.com

Attorneys for Defendants
California Assignments, LLC and
Development Specialists, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA ASSIGNMENTS, LLC, a California limited liability corporation; DEVELOPMENT SPECIALISTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:12-CV-06138-LHK<br><br>NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER SUBSTITUTING COUNSEL |

SUBSTITUITON OF COUNSEL – CASE NO. 5-12-cv-06138-LHK

Defendants California Assignments, LLC and Development Specialists, Inc. hereby substitute Phillips, Erlewine & Given LLP, who is retained counsel, as their counsel of record in place and stead of Pearson, Simon & Warshaw, LLP.

Dated: May 22, 2013

CALIFORNIA ASSIGNMENTS, LLC

By _Jeffrey L. Sisman_

Its _SVP, Development_ _[illegible]_
Sole Managing Member

Dated: May 22, 2013

DEVELOPMENT SPECIALISTS, INC.

By _Robert B. Weiss_

Its _General Counsel_

The undersigned is duly admitted to practice in the Northern District of California.

Dated: 5/23/13

PHILLIPS, ERLEWINE & GIVEN LLP

By _____
R. Scott Erlewine
Carl A. Cohorn
Attorneys for Defendants
California Assignments, LLC and
Development Specialists, Inc.

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
(415) 398-0900

SUBSTITUITON OF COUNSEL – CASE NO. 5-12-cv-06138-LHK

## CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 5/23/2013

PEARSON, SIMON & WARSHAW, LLP

By *[signature]*
George S. Trevor

## ORDER

The foregoing substitution of counsel is hereby approved.

Dated: May 28, 2013

*[signature]* Lucy H. Koh

Hon. Lucy H. Koh
United States District Judge

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
(415) 398-0900

SUBSTITUITON OF COUNSEL – CASE NO. 5-12-cv-06138-LHK