UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho corporation, | ) ) ) | Case No.: 12-CV-06138-LHK |
| Plaintiff, | ) ) | ORDER RE: EQUIPMENT INSPECTION |
| v. | ) ) | |
| CALIFORNIA ASSIGNMENTS LLC, a California limited liability company; DEVELOPMENT SPECIALISTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

As discussed at length at the May 30, 2013 Case Management Conference, Defendants have exacerbated the potential dissemination of Plaintiff's intellectual property by not giving Plaintiff access to Plaintiff's property. On May 30, 2013, all parties agreed to work cooperatively and expeditiously to identify and contain dissemination of Plaintiff's intellectual property. Accordingly, counsel for all parties shall be permitted to attend the June 19, 2013 equipment inspection.

**IT IS SO ORDERED.**

Dated: June 18, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-06138-LHK
ORDER RE: EQUIPMENT INSPECTION