UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho Corporation,<br><br>          Plaintiff,<br>    v.<br><br>CALIFORNIA ASSIGNMENTS LLC, a California limited liability company; DEVELOPMENT SPECIALISTS, INC., an Illinois Corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 12-CV-06138-LHK<br><br>ORDER EXTENDING FACT DISCOVERY DEADLINE |

The close of fact discovery in this case is currently set for October 18, 2013. ECF No. 82. Good cause having been shown, the Court extends the deadline to complete fact discovery to October 25, 2013. This Order does not affect any other deadlines in this case.

**IT IS SO ORDERED.**

Dated: October 3, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-06138-LHK
ORDER EXTENDING FACT DISCOVERY DEADLINE

1