UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho corporation, | Case No.: 12-CV-06138-LHK |
| Plaintiff, | ORDER RE: SETTLEMENT |
| v. | |
| CALIFORNIA ASSIGNMENTS LLC, a California limited liability company; DEVELOPMENT SPECIALISTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff and counterdefendant American Semiconductor, Inc. ("ASI"), defendant and counterclaimant California Assignments LLC and defendant Development Specialists, Inc. (hereinafter collectively, the "Parties"), by and through their respective undersigned counsel of record, notified the Court that the Parties have reached and executed a final and binding settlement agreement. ECF No. 90.  The Court hereby GRANTS the Parties' request that the Court VACATE all pending due dates and hearings with the exception of (a) the briefing schedule, hearing date and any other associated deadlines pending in connection with ASI's Motion for Order to Show Cause Re: Contempt Against Non-Parties TSI Semiconductors, LLC and Northall Group Holdings, LLC, and (b) the fact discovery cutoff for the sole and limited purpose of allowing the deposition of non-parties TSI Semiconductors, LLC and Northall Group Holdings, LLC to proceed as noticed.

Case No.: 12-CV-06138-LHK
ORDER RE: EQUIPMENT INSPECTION

The Court also GRANTS the Parties' request that the Court retain jurisdiction over this case until certain obligations as required under the settlement agreement are performed by defendants. Upon performance of such obligations, and within five business days thereof, the Parties shall file a joint stipulation for mutual dismissal with prejudice. Should such obligations fail to be performed within approximately five business days of May 1, 2014, an alternate joint stipulation for entry of judgment shall be filed.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
LUCY H. KOH
United States District Judge