UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN SEMICONDUCTOR, INC., an Idaho corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA ASSIGNMENTS LLC, a California limited liability company; DEVELOPMENT SPECIALISTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 12-CV-06138-LHK<br><br>ORDER RE: SETTLEMENT UPDATE |

On October 11, 2013, Plaintiff and counterdefendant American Semiconductor, Inc. ("ASI"), defendant and counterclaimant California Assignments LLC and defendant Development Specialists, Inc. (hereinafter collectively, the "Parties"), by and through their respective undersigned counsel of record, notified the Court that the Parties have reached and executed a final and binding settlement agreement. ECF No. 90. The Court thus granted the Parties' request that the Court retain jurisdiction over this case until certain obligations as required under the settlement agreement are performed by defendants. ECF No. 92. The Court held that "[u]pon performance of such obligations, and within five business days thereof, the Parties shall file a joint stipulation for mutual dismissal with prejudice. Should such obligations fail to be performed within approximately five business days of May 1, 2014, an alternate joint stipulation for entry of

Case No.: 12-CV-06138-LHK
ORDER RE: SETTLEMENT UPDATE

judgment shall be filed. *Id.* The Court hereby orders the parties to submit a joint update by March 5, 2014 regarding whether the defendants have performed or are currently performing these obligations and when the parties expect to file a joint stipulation for mutual dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: February 26, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-06138-LHK
ORDER RE: SETTLEMENT UPDATE